**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

IN RE:

ELIA SARA VAZQUEZ QUINONES                    CASE NO.: 14-00971 MCF

 DEBTORS                                             CHAPTER 13

**MOTION REQUESTING ENTRY OF ORDER
(DOCKET 12)**

**TO THE HONORABLE COURT:**

    **NOW COMES**, Asociación de Empleados del Estado Libre Asociado de Puerto Rico hereinafter "AEELA", through the undersigned Attorney who respectfully **STAYS AND PRAYS**:

1- On March 20th, 2014, the appearing secured creditor filed a Stipulating Agreement between Debtor and AEELA, Docket 12.

2- Pursuant to the provisions of Local Bankruptcy Rule 9013, adequate notice was given to interested parties and the Trustee in the present case.

3- No objection or other response has been filed.

4- The appearing secured creditor moves the Court for the entry of order approving the Stipulating Agreement filed between Debtor and AEELA.

**WHEREFORE** the appearing secured creditor prays for an entry of order approving the Stipulating Agreement between Debtor and AEELA.

 **CERTIFICATE OF SERVICE:** I hereby certify that on this date, I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing

document has been served to the U. S. Trustee at ustpregion21.hr.ecf@usdoj.gov, the Chapter 13 Trustee Alejandro Oliveras Rivera at aorecf@ch13sju.com, and Debtor's attorney Juan Calderon Lithgow at caldlithlaw@gmail.com.

In San Juan, Puerto Rico, this _21st day Day May, 2014_ .

/s/ROSARIO VIDAL ARBONA
**ATTORNEY FOR CREDITOR AEELA**
PO BOX 364508
SAN JUAN, PR, 00936-4508
T                                          el.:(787)641-2021 Ext. 1231
Email:rvidal@aeela.com