```
            IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE DISTRICT OF PUERTO RICO
```

IN RE

ELIA S. VAZQUEZ QUINONES

CASE NO. 14-00971-MCF
CHAPTER 13

Debtor(s)
_____

### TRUSTEE'S REQUEST FOR ENTRY OF ORDER OF DISMISSAL

**TO THE HONORABLE COURT:**

**COMES NOW**, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully, **ALLEGES, STATES** and **PRAYS**:

1-Pending before this Honorable Court is trustee's request for dismissal of case. (Dkt.13)

2-The trustee hereby request for an entry of order dismissing case for the reasons stated in trustee's MTD filed on March 28, 2014 and unfavorable report filed on 4-30-14 at docket #19.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above mentioned and dismiss this case.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s), at the mailing address of record.

In San Juan, Puerto Rico, this MAY 29 2014

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500   Fax 977-3521
aorecf@ch13sju.com

By: **/s/PEDRO R.MEDINA HERNANDEZ**
PEDRO R. MEDINA HERNANDEZ
Staff Attorney
USDC-PR # 226614